# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

ARLENE SIMPSON,

Plaintiff(s),

v.

ST. JAMES HOSPITAL, ,

Defendant(s).

Case No.  13 CV 5857
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) St. James Hospital
and against plaintiff(s) Arlene Simpson

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion for summary judgment

Date:  7/8/2015                                    Thomas G. Bruton, Clerk of Court

                                                            s/Susan McClintic , Deputy Clerk