# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

June 28, 2016

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before:　　　JOEL M. FLAUM, Circuit Judge
　　　　　　DANIEL A. MANION, Circuit Judge
　　　　　　ANN CLAIRE WILLIAMS, Circuit Judge

| | |
|---|---|
| No. 15-2679 | ARLENE SIMPSON,<br>Plaintiff - Appellant<br><br>v.<br><br>FRANCISCAN ALLIANCE, INC., d/b/a FRANCISCAN ST. JAMES HEALTH,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:13-cv-05857<br>Northern District of Illinois, Eastern Division<br>District Judge Manish S. Shah | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

　form name: **c7_FinalJudgment**(form ID: **132**)